**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206243)
Matthew B. George (SBN 239322)
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
*lking@kaplanfox.com*
*mgeorge@kaplanfox.com*

*Counsel for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PAOLA NOGUERA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIVE STARS LOYALTY, INC.,<br><br>Defendant. | Case No. 3:18-cv-06468-MMC<br><br>**CLASS ACTION**<br><br>**PROOF OF SERVICE VIA U.S. MAIL**<br><br>Hon. Maxine M. Chesney |

Case No. 3:18-cv-06468-MMC
PROOF OF SERVICE

# DECLARATION OF SERVICE

I, Nikki Lee, declare:

1. That I am and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Francisco, over the age of 18 years, and not a party to or interested in the within action; that my business address is 350 Sansome Street, Suite 400, San Francisco, California 94104.

2. That on January 11, 2019, I served:

**1. Case Management Conference Order, dated January 11, 2019**

**2. Standing Orders for Civil Cases Assigned to the Hon. Maxine M. Chesney**

**3. Standing Order for All Judges of The Northern District of California** on:

Sarah E. Diamond
KELLEY DRYE & WARREN LLP
10100 Santa Monica Blvd.
23rd Floor
Los Angeles, CA 90067-4008

Attorney for Defendant
FIVE STARS LOYALTY, INC.

x **(BY U.S. MAIL)** I am personally and readily familiar with the business practice of Kaplan Fox & Kilsheimer LLP for collecting and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

Executed this 11th day of January, 2019, at San Francisco, California.

NIKKI LEE

Case No. 3:18-cv-06468-MMC
PROOF OF SERVICE