1  **KAPLAN FOX & KILSHEIMER LLP**
   Laurence D. King (CA State Bar No. 206423)
2  Matthew B. George (CA State Bar No. 239322)
   350 Sansome Street, Suite 400
3  San Francisco, CA 94104
   Telephone: 415-772-4700
4  Facsimile: 415-772-4707
   Email: *lking@kaplanfox.com*
5        *mgeorge@kaplanfox.com*

6  **MEYER WILSON CO., LPA**
   Matthew R. Wilson (CA State Bar No. 290473)
7  Michael J. Boyle, Jr. (CA State Bar No. 258560)
   1320 Dublin Road, Suite 100
8  Columbus, OH 43215
   Telephone: 614-224-6000
9  Facsimile: 614-224-6066
   Email: *mwilson@meyerwilson.com*
10       *mboyle@meyerwilson.com*

11 *Counsel for Plaintiff and the Proposed Class*

12 *(Additional Counsel on Signature Page)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| PAOLA NOGUERA, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FIVE STARS LOYALTY, INC.,<br><br>    Defendant. | Case No. 18-cv-06468-MMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO:  THE COURT, ALL PARITIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Paola Noguera hereby dismisses this action, without prejudice.

The Clerk may close the case.

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

Dated:  January 18, 2019

By:   /s/ *Matthew B. George*
         Matthew B. George

Laurence D. King
Matthew B. George
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  415-772-4700
Facsimile:   415-772-4707
Email: *lking@kaplanfox.com*
         *mgeorge@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Joel B. Strauss (to be admitted *pro hac vice*)
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: *jstrauss@kaplanfox.com*

**MEYER WILSON CO., LPA**
Matthew R. Wilson
Michael J. Boyle, Jr.
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone:  (614) 224-6000
Facsimile:  (614) 224-6066
Email: *mwilson@meyerwilson.com*
         *mboyle@meyerwilson.com*

**DIMOND KAPLAN & ROTHSTEIN, P.A.**
Jeffrey Kaplan (to be admitted *pro hac vice*)
2665 S. Bayshore Drive, Penthouse 2B
Miami, FL 33133
Telephone: (305) 374-1920
Email: *jkaplan@dkrpa.com*

| | |
|---|---|
| 1 | |
| 2 | **LEVIN LAW, P.A**.<br>Brian Levin (to be admitted *pro hac vice*)<br>2665 South Bayshore Drive, Penthouse 2B<br>Miami, FL 33133<br>Telephone: (305) 613-0318<br>Email: *Brian@levinlawpa.com* |

*Counsel for Plaintiff and the Proposed Class*